UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:07-00038 |
| ) | JUDGE KEVIN H. SHARP |
| GLENARD STANLEY RICHARDSON ) | |

**O R D E R**

Pending before the Court is an Unopposed Motion to Continue Revocation Hearing (Docket No. 57).

The motion is GRANTED and the revocation hearing scheduled for June 13, 2014, is hereby rescheduled for Thursday, July 10, 2014, at 1:30 p.m.

IT IS SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE