UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3: 07-00038 |
| | ) | JUDGE KEVIN H. SHARP |
| GLENARD STANLEY RICHARDSON | ) | |

**O R D E R**

Due to a calendar conflict, the revocation hearing scheduled for July 10, 2014, is hereby rescheduled for Thursday, July 24, 2014, at 10:30 a.m.

IT IS SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE